24,009-07

Jeff Leggett
590716 Estelle
264 FM 3478
Huntsville, TX 77320

May 25, 2015

Court Of Criminal Appeals
P.O. Box 12308
Austin, TX 78711-2308

Dear Clerk:

Please tell me when David A. Schulman was employed by the Court Of Criminal Appeals. I believe it was sometime in the early 1990's.

Thanks!

Jeff

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk